# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANNE SMITH, as an individual and on behalf of all others similarly situated,, <br><br> Plaintiff, <br><br> vs. <br><br> KRAFT FOODS, INC., a Virginia corporation, <br><br> Defendant. | CASE NO. 07cv1352-LAB (BLM) <br><br> **ORDER TERMINATING CASE FOR FAILURE TO PAY FILING FEE** |

On August 1, 2007, Harold M. Hewell, Esq. filed a purported federal Class Action Fairness Act Complaint seeking injunctive relief, restitution, and damages from defendant Kraft Foods, Inc. alleging, *inter alia*, unfair business practices, false and misleading advertising, misrepresentation, breach of warranty, violations of the California Consumer Legal Remedies Act, and unjust enrichment associated with certain of Kraft's product labeling practices. Summons issued the same day. On August 22, 2007, the Financial Department of this court notified Mr. Hewell by letter that his personal check in the amount of $350.00 tendered as the filing fee for the Complaint had been returned by the bank due to insufficient funds, instructed him the court would accept in future from him only cashier's checks or money orders, and requested he provide such payment directed to the Clerk of Court at the address provided in the letter. Dkt No. 3. No further activity in this case appears from the docket. Accordingly, as no cognizable litigation was commenced for failure to pay the required filing fee, **IT IS HEREBY ORDERED** the Clerk of Court shall terminate this action in its entirety, without prejudice.

**IT IS SO ORDERED**.

DATED: October 16, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge